# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

| | | |
|---|---|---|
| Matthew McGriff | **Repayment Agreement and Order** | No: 7:19-CR-00055-003 |

On September 15, 2021, Matthew McGriff was sentenced to 15 months imprisonment followed by a 60 month term of supervised release.

After a review of his financial status, the following repayment agreement has been reached with Mr. McGriff. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1. As a result of the judgment entered against me on September 15, 2021, I have been ordered to pay a total restitution of $51,559.26 and a special assessment of $100.00.

2. On November 1, 2022, I began my service of 60 months of supervised release. The mandatory assessment was satisfied on March 9, 2022. The current balance of my restitution is $51,019.61.

3. After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 1st day of January, 2023, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $50.00 per month during the term of supervision.

_____
Matthew McGriff

_____
William J. Lee, U.S. Probation Officer

_____
W. Taylor McNeill
Assistant U.S. Attorney

6/14/23
Date

6/14/23
Date

06/28/23
Date

**THE COURT ORDERS:**

☒ Approval   ☐ Disapproval

s/ Hugh Lawson
_____
Hugh Lawson
Senior U.S. District Judge

6/29/2023
Date